IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MEMORIAL HERMANN HEALTHCARE SYSTEM and THE HEALTH PROFESSIONALS INSURANCE COMPANY, LTD., <br><br> Plaintiffs <br><br> vs. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § § Case No. 4:07-cv-04089 |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

The parties jointly file this motion to reschedule the status/scheduling conference set for October 14, 2011 at 8:30 a.m. (*See* Doc. 53.) The grounds for the motion are as follows:

1. State Street is in the middle of a trial in the *Prudential Retirement Annuity & Insurance Co. v. State Street Bank & Trust Co.,* case no. 1:07-cv-8488, before MDL Judge Holwell in the United States District Court for the Southern District of New York. Trial is expected to continue until approximately October 24, 2011 and will be ongoing at the time of the October 14th date and time set for the telephone status/scheduling conference in this case.

2. The parties have submitted an updated joint discovery/case management plan, as required by the Court's order. (*See* Doc. 53.)

3. Given the anticipated length of the *Prudential v. State Street* trial in New York, the parties request that the status/scheduling conference in this case be rescheduled to a date on or after October 24, 2011.

AUS:0017275/00023:466238v1

FOR THESE REASONS, the parties request that the status/scheduling conference set for October 14, 2011, at 8:30 a.m. be rescheduled to a date on or after October 24, 2011.

Respectfully submitted,

By: /s/ Charles R. Parker
   Charles R. Parker
     cparker@lockelord.com
     Southern District of Texas No. 2314
     Texas State Bar No. 15479500
   LOCKE LORD LLP
   600 Travis, Suite 3400
   Houston, Texas  77002-3095
   Telephone:  (713) 226-1469
   Facsimile:  (713) 229-2632

   John R. Nelson
     jnelson@lockelord.com
     Southern District of Texas No. 32683
     Texas State Bar No. 00797144
   Susan A. Kidwell
     skidwell@lockelord.com
     Southern District of Texas No. 631211
     Texas State Bar No. 24032626
   LOCKE LORD LLP
   100 Congress Ave., Suite 300
   Austin, Texas 78701-4042
   Telephone: (512) 305-4700
   Facsimile: (512) 305-4800

COUNSEL FOR PLAINTIFFS MEMORIAL HERMANN HEALTHCARE SYSTEM, INC., AND THE HEALTH PROFESSIONALS INSURANCE CO.

By: /s/ Harvey J. Wolkoff
   Harvey J. Wolkoff
   Robert A. Skinner
   Daniel J. Maher
   ROPES & GRAY LLP
   Prudential Tower
   800 Boylston Street
   Boston, MA  02199
   Telephone:  (617) 951-7000
   Facsimile:  (617) 951-7050

*Of Counsel:*

    Jeffrey R. Parsons
    David A. Clark
    BEIRNE MAYNARD & PARSONS LLP
    1300 Post Oak Blvd., 25th Floor
    Houston, Texas  77056
    Telephone:  (713) 623-0887
    Facsimile:  (713) 960-1527

COUNSEL FOR DEFENDANT STATE STREET BANK AND TRUST COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was electronically served on all counsel of record on the 11th of October, 2011.

    /s/ Susan A. Kidwell
    Susan A. Kidwell

AUS:0017275/00023:466238v1