IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEMORIAL HERMANN HEALTHCARE SYSTEM and THE HEALTH PROFESSIONALS INSURANCE COMPANY, LTD., | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | Case No. 4:07-cv-04089 |
| STATE STREET BANK AND TRUST COMPANY, | § § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME Plaintiffs Memorial Hermann Healthcare System and The Health Professionals Insurance Company, Ltd. and Defendant State Street Bank and Trust Company and advise that they have reached an agreement in principle to settle all pending claims in this case. The parties are finalizing the settlement documents and will file a Rule 41 Stipulation of Dismissal in the near future.

HOU:0001000/00006:476229v1

Respectfully submitted,

YETTER COLEMAN LLP

/s/ Charles R. Parker
Charles R. Parker
Southern District of Texas No. 2314
State Bar No. 15479500
James E. Zucker
Southern District of Texas No. 957831
State Bar No. 24060876
Marc S. Tabolsky
Southern District of Texas No. 37164
State Bar No. 24037576
909 Fannin, Suite 3600
Houston, Texas  77010
(713) 632-8000 (Ph)
(713) 632-8002 (Fax)

LOCKE LORD LLP

John R. Nelson
Southern District of Texas No. 32683
Texas State Bar No. 00797144
Susan A. Kidwell
Southern District of Texas No. 631211
Texas State Bar No. 24032626
Delilah Yvonne Banks
Southern District of Texas No. 1125377
Texas State Bar No. 24063952
100 Congress Ave., Suite 300
Austin, Texas 78701-4042
(512) 305-4700 (Ph)
(512) 305-4800 (Fax)

ATTORNEYS FOR PLAINTIFFS
MEMORIAL HERMANN HEALTHCARE
SYSTEM, INC. and THE HEALTH
PROFESSIONALS INSURANCE COMPANY
LTD.

By: /s/ Harvey J. Wolkoff
    Harvey J. Wolkoff
    Daniel J. Maher
    Ropes & Gray LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA  02199
    Telephone:  (617) 951-7000
    Facsimile:  (617) 951-7050

*Of Counsel:*

Jeffrey R. Parsons
David A. Clark
Beirne Maynard & Parsons LLP
1300 Post Oak Blvd., 25th Floor
Houston, Texas  77056
Telephone:  (713) 623-0887
Facsimile:  (713) 960-1527

COUNSEL FOR DEFENDANT STATE STREET BANK AND TRUST COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was electronically filed on the 20th day of April, 2012.  All attorneys of record are being served by e-service.

/s/ John R. Nelson
John R. Nelson

3