# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Memorial Hermann Healthcare System Inc, et al.

    Plaintiff,

vs.                                             CIVIL ACTION NO. 4:07−cv−04089
                                                          Judge Kenneth M. Hoyt

State Street Bank And Trust Company, et al.

    Defendant.

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

    The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

    The Clerk will enter this Order and notify all parties.

    SIGNED and ENTERED The 23rd of April, 2012.

_____
Kenneth M. Hoyt
United States District Judge